JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HALBERT,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES,<br><br>        Respondent. | Case No. **EDCV 12-1671VAP**<br>          EDCR 08-00159 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 21, 2013

                              VIRGINIA A. PHILLIPS
                        United States District Judge